UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FERGUSON ENTERPRISES, INC. OF ) <br> VIRGINIA doing business as Ferguson ) <br> Enterprises, Inc., ) <br> FORTRESS FENCING, LLC, ) <br> GENERAL CONCRETE ) <br> CONSTRUCTION, INC., ) <br> HANSON AGGREGATES SOUTHEAST ) <br> LLC, CAROLINA SUNROCK, LLC, ) <br> SITESCAPES, LLC, ) <br>     Appellants, ) <br> ) <br> ) <br> v. ) <br> MAMMOTH GRADING, INC., ) <br> Debtor, HARRELSON UTILITIES, INC., ) <br> FINANCIAL FEDERAL CREDIT, INC., ) <br>     Appellees, ) <br> ) <br> v. ) <br> ) <br> NORTH CAROLINA ASSOCIATION ) <br> OF ELECTRICAL CONTRACTORS, ) <br> WATERPROOFING CONTRACTORS ) <br> ASSOCIATION, ) <br>     Amicus. ) <br> ) <br> ) <br> ) <br> ) | **JUDGMENT** <br> No. 5:10-CV-316-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** that the bankruptcy's decision below is hereby vacated and this matter is hereby remanded to the United States Bankruptcy Court. This clerk is directed to close this case.

<u>This Judgment Filed and Entered on February 23, 2012 with service on:</u>
Byron Saintsing (via cm/ecf Notice of Electronic Filing)
Chad Sharkey (via cm/ecf Notice of Electronic Filing)
David Ferrell (via cm/ecf Notice of Electronic Filing)
Todd Jones (via cm/ecf Notice of Electronic Filing)
William Wolf (via cm/ecf Notice of Electronic Filing)
Brian Edlin (via cm/ecf Notice of Electronic Filing)
A. Scott McKellar (via cm/ecf Notice of Electronic Filing)
Joseph Callaway (via cm/ecf Notice of Electronic Filing)
William Janvier (via cm/ecf Notice of Electronic Filing)
David Meschan (via cm/ecf Notice of Electronic Filing)
Christine Mayhew (via cm/ecf Notice of Electronic Filing)
United States Bankruptcy (EDNC) (via US Mail)

DENNIS P. IAVARONE, CLERK
/s/ Donna Rudd
(By): Donna Rudd, Deputy Clerk